pay plaintiff " for such services $3500.00 a year in equal semi-monthly payments, and in addition thereto, to pay you $\frac{1}{2}$ of 1% (one-half of one per cent) on the net sales of the Export Department, during the continuance of this contract.  In addition to the salary of $3500 and $\frac{1}{2}$ of 1% on the net sales of the Export Department, we agree to pay you $1\frac{1}{2}$% (one and one-half per cent) on the net sales of the Export Department made to customers in New York City where no other commissions are paid, commissions due you to be paid between the first and fifteenth of the following month."  The contract was terminated by mutual consent before its expiration and the question at issue was whether plaintiff was entitled to commissions under the contract on all orders booked for export up to the time of his leaving or was confined to commissions on goods sold and actually shipped before that time.

*Leon Lauterstein* and *Milton Winn* for appellant.
*Samuel Hoffman* and *Edward Wise* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ.  Absent: McLAUGHLIN, J.

---

BANKERS TRUST COMPANY, Appellant, *v.* INTERNATIONAL RAILWAY COMPANY, Respondent.

*Bills, notes and checks — action to recover  balance due on  note alleged to have been made for benefit of defendant  though not made  or indorsed by it.*

*Bankers Trust Co.* v. *International Ry.  Co.,* 207 App.  Div. 579, affirmed.

(Argued December 9, 1924; decided January 27, 1925.)

APPEAL from a judgment, entered January 16, 1924, upon an order of the Appellate Division of the Supreme Court in the first judicial department reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint.  The action was to recover a balance alleged to be due upon a promissory note made by the International Traction Company to

the order of the plaintiff. The claim of the plaintiff was that while the note in question was not made or indorsed by the defendant, it was made for the benefit of the defendant to raise money that was used by the defendant, and that the defendant agreed to pay the consideration therefor. This was denied by the defendant.

*Nathan L. Miller, James Adam Murphy* and *Preston Lockwood* for appellant.

*Frank C. Laughlin* and *Thomas D. Thacher* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE and LEHMAN, JJ. Not sitting: MCLAUGHLIN and ANDREWS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM S. FORD, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued December 15, 1924; decided January 27, 1925.)

APPEAL from a judgment of the Supreme Court, rendered May 28, 1924, at a Trial Term for the county of Kings upon a verdict convicting the defendant of the crime of murder in the first degree.

*Marshall Snyder* for appellant.

*Charles J. Dodd, District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: HISCOCK, Ch. J., and MCLAUGHLIN, J.